**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

EMILIO FARINA and EDITH FARINA,

Plaintiffs,

v.

BANK OF NEW YORK MELLON, et al.,

Defendants

Civil Action No. 26-10875 ESK-SAK

**ORDER ASSIGNING MATTER TO JUDGE IN DIFFERENT VICINAGE**

This matter comes before the Court upon its own motion, and it appearing that Plaintiffs, Emilio Farina and Edith Farina, who appear *pro se*, initiated this matter by way of a civil complaint filed in the Southern District of New York on August 7, 2026 [Docket No. 1]; which was transferred to the District of New Jersey and received on August 25, 2026; and it further appearing that Plaintiff's complaint names as a Defendant, Michael A. Shipp, U.S.D.J. and Michael B. Kaplan, U.S.B.J., of this Court; and it further appearing that at all relevant times, Judge Shipp and Judge Kaplan maintain their permanent duty stations in the Trenton vicinage; and it further appearing that Local Civil Rule 40.1(g) requires this matter to be assigned to a Judge seated in a different vicinage of this Court; and for other good cause shown,

**IT IS** on this 25th day of August, 2026

**ORDERED** that the Clerk of the Court shall assign this matter to a Judge who maintains his/her permanent duty station in a different vicinage of this Court, pursuant to Local Civil Rule 40.1(g).

s/Renée Marie Bumb
Chief United States District Judge